**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

RICHARD M. RAND                2773-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii  96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
rrand@marrjones.com

Attorney for Defendant
SECURITAS SECURITY
SERVICES USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL P. ULUFALE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SECURITAS SECURITY SERVICES, USA, INC.,<br><br>　　　　　Defendant. | CIVIL NO. 21-00398 JMS-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES AND ORDER<br><br><br>No Trial Date |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES**

　　　　IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice.  There are no remaining parties and/or issues.

This stipulation is based on Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  Each party agrees to bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaii, December 21, 2022.

       /s/ *Michael P. Healy*
CHARLES H. BROWER
MICHAEL P. HEALY

Attorney for Plaintiff
MICHAEL P. ULUFALE


       /s *Richard M. Rand*
RICHARD M. RAND

Attorney for Defendant
SECURITAS SECURITY
SERVICES USA, INC.


APPROVED AND SO ORDERED:



       /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

*Michael P. Ulufale vs. Securitas Security Services USA, Inc al.*; Civil No. 21-00398 JMS-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES AND ORDER